# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 10-1157　　　　　　　　　　　　　　　　September Term 2011

DHS-May28,2010Letter

**Filed On:** February 15, 2012

Electronic Privacy Information Center, et al.,

 Petitioners

 v.

United States Department of Homeland
Security, et al.,

 Respondents

**BEFORE:** Henderson and Tatel, Circuit Judges, and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of motion of petitioners for attorneys' fees, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied. The TSA's position regarding the only issue on which EPIC prevailed - whether the agency improperly bypassed notice and comment in adopting the new screening technology - was substantially justified. *See EPIC v. DHS*, 653 F.3d 1, 7 (D.C. Cir. 2011).

### Per Curiam

              **FOR THE COURT:**
              Mark J. Langer, Clerk

         BY: /s/
            Jennifer M. Clark
            Deputy Clerk